UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT ORTELL,

    Plaintiff,

-vs-                                      CASE NO.:  6:19-CV-00017-PGB-KRS

CITIBANK, N.A.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, ROBERT ORTELL, by and through his undersigned attorney, hereby files this Notice of Voluntary Dismissal Without Prejudice of the captioned matter.

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to all parties of record.

                                                    */s/ Jason R. Derry, Esquire*
                                                    Jason R. Derry, Esquire
                                                    Florida Bar No.: 0036970
                                                    Morgan & Morgan, Tampa, P.A.
                                                    One Tampa City Center
                                                    201 North Franklin Street, 7th Floor
                                                    Tampa, FL 33602
                                                    Telephone: (813) 223-5505
                                                    Facsimile:  (813) 257-0577
                                                    jderry@ForThePeople.com
                                                    jkneeland@ForThePeople.com
                                                    *Attorney for Plaintiff*