**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROBERT ORTELL,**

       **Plaintiff,**

v.                                         Case No:   6:19-cv-17-Orl-40KRS

**CITIBANK, N.A.,**

       **Defendant.**

## ORDER

This cause comes before the Court on review of Plaintiff's Notice of Voluntary Dismissal without Prejudice (Doc. 11) filed February 15, 2019.  The notice is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Circ. 1990) (per curiam).  The Clerk is **DIRECTED** to close the file.

**DATED** in Orlando, Florida, this 20th day of February 2019.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party